**Order entered December 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00413-CR

**VINCENT PASCO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-59001-Y**

## ORDER

The Court **REINSTATES** the appeal.

On October  27, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed.  On December 12, 2014, we received the reporter's record, but it did not include two DVD exhibits.

Accordingly, we **ORDER** Sharon Hazlewood, official court reporter of the Criminal District Court No. 7, to file State's Exhibit no. 42 and Defendant's Exhibit no. 1, by **4:00 p.m. on FRIDAY, DECEMBER 19, 2014**.  No extensions will be granted absent extraordinary circumstances.

The October 27, 2014 order also noted that the Court has not received the trial court's certification of appellant's right to appeal.  The Court has not yet received the certification,

which is required in each case in which the defendant appeals. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013). Accordingly, we **ORDER** the trial court to prepare and file, by **DECEMBER 23, 2014** a certification of appellant's right to appeal that accurately reflects the trial court proceedings.

Appellant's brief is due by **JANUARY 30, 2015**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, official court reporter, Criminal District Court No. 7; Gary Fitzsimmons, Dallas County District Clerk; and to counsel for all parties.

/s/    ADA BROWN
       JUSTICE